the defendant had adopted an improper method in raising the engine.

*Theodore H. Lord* and *Lyman A. Spalding* for appellant.

*Rutherford B. Meyer* and *Eugene Lamb Richards* for respondent.

, Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY B. OLIN, Respondent, *v.* THE WARDEN OF THE DISTRICT PRISON, Appellant.

*People ex rel. Olin* v. *Warden of the District Prison*, 170 App. Div. 289, affirmed.

(Submitted May 22, 1916; decided June 6, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 19, 1915, which reversed an order of Special Term dismissing a writ of habeas corpus, sustained said writ and directed the discharge of the relator from custody. Respondent was arrested on complaint of her husband, charging that she was of intemperate habits and had been so for a period of two years prior to such complaint, and prayed that she be dealt with according to the provisions of chapter 436 of the Laws of 1903, specifically stating that on May 6, 1915, she was in a state of intoxication in the city and county of New York, and further stating that she had never been an inmate of the penitentiary. The question involved is whether the magistrate had jurisdiction to hear and determine the charge in the complaint — that is, whether he had authority to try a female upon a charge of " being of intemperate habits," and, if he determined that the charge was made out, to commit her to an institution.

*Edward Swann, District Attorney (Robert S. Johnstone* and *John G. Dyer* of counsel), for appellant.

*J. Philip Berg* for respondent.

Order affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.

---

WILLIAM E. D. STOKES, Appellant, *v.* ORLANDO T. CARPENTER et al., as Executors and Trustees under the Will of REESE CARPENTER, Deceased, Respondents.

*Stokes* v. *Carpenter*, 172 App. Div. ——, affirmed.
(Submitted May 22, 1916; decided June 6, 1916.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1916, which affirmed an order of Special Term denying a motion by plaintiff for judgment on the pleadings and sustaining a demurrer to the amended complaint, which shows that on or about the 13th day of September, 1909, the defendant Orlando T. Carpenter and Reese Carpenter entered into the following agreement with plaintiff:

"NEW YORK, *Sept.* 13, 1909.

"In consideration of One Dollar ($1.00) of which this is a receipt and in view of past services, IT IS AGREED, for what you have done and for what you are about to do, in helping us and in giving your time and attention in the matters of Kensico and the surrounding country, we hereby agree that you shall have the option of purchasing one-half of our interests in the property adjoining Kensico at just what it costs with interest and taxes."

"ORLANDO T. CARPENTER.
"REESE CARPENTER.
"To W. E. D. STOKES,
"Hotel Ansonia, New York City."

45